UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:15-CV-661-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ENTRY OF DEFAULT |
| v. | ) | AS TO DEFENDANT |
| | ) | DANIEL TEGEDER |
| DANIEL TEGEDER, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion, request, and proper showing by attorney for the Plaintiff, United States of America, the above-named defendant, Daniel Tegeder, having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against said defendant.

This 24th day of August 2016.

_____
Julie Richards Johnston, Clerk
United States District Court