UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-661-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | DEFAULT JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| DANIEL TEGEDER, ) | |
| ) | |
| Defendant. ) | |

UPON CONSIDERATION OF the Plaintiff's Motion for Default Judgment, and the entire record,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED;

IT IS FURTHER ORDERED that Judgment by Default is hereby entered against Defendant Tegeder, for failure of answer and in favor of Plaintiff, the United States of America, in the principal amount of $110,787.36, with interest of $3,843.25 accrued as of February 5, 2015, plus interest accruing thereafter at 2.69% annually until the date of judgment, together with present and future costs and disbursements incurred by Plaintiff in this action.

IT IS FURTHER ORDERED that interest after date of entry of this judgment shall be at the rate of __.57__ %.

This  19th   day of _____September_____, 2016.


*Louise W. Flanagan*
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE