UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:15-CV-661(FL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | ORDER CONFIRMING SALE |
| v. ) | |
| ) | |
| DANIEL R. TEGEDER, ) | |
| Defendant. ) | |

Pursuant to a motion by the United States and for good cause shown, the Court confirms the sale by the U. S. Marshal of 204 North Main Street, Louisburg, North Carolina, auctioned on February 28, 2017. The sale conformed to the terms and conditions of the Order of October 26, 2016 (DE #19) and may proceed to closing. Upon closing, all proceeds, less approved costs and expenses, shall be turned over to the U.S. District Court for distribution.

SO ORDERED, this 3rd day of March, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge